JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

SANTIAGO GARCIA DEL SOLAR,
Petitioner,
v.
MARKWAYNE MULLIN, et al.,
Respondents.

Case No. EDCV 26-5360-AS

**JUDGMENT**

Pursuant to the Memorandum Decision and Order, the Petition is GRANTED.

DATED: October 8, 2026

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE